ACCEPTED
04-15-00234-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/20/2015 5:29:25 PM
KEITH HOTTLE
CLERK

## No. 04-15-00234-CV

| | | |
|---|---|---|
| **IN THE INTEREST OF** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **J.F.B. ET AL.,** | § | **FOURTH DISTRICT OF TEXAS** |
| | § | |
| **CHILDREN** | § | **SAN ANTONIO, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
5/20/2015 5:29:25 PM
KEITH E. HOTTLE
Clerk

## APPELLANT L.C., JR.'S FIRST AMENDED MOTION TO ABATE, RECALCULATE DUE DATES, AND/OR REMAND FOR NEW TRIAL

**TO THE HONORABLE FOURTH COURT OF APPEALS:**

**(Appellant L.C., Jr. has amended this motion to correct the reference to the TEXAS RULES OF APPELLATE PROCEDURE in paragraph 4).**

Appellant L.C., Jr. requests this Honorable Court to abate this appeal, recalculate the due dates of the appellate briefs, and/or remand the case back to the trial court for a new trial, and would show in support thereof:

## THE REPORTER'S RECORD APPEARS TO BE INCOMPLETE

1. Appellant L.C., Jr. timely requested the reporter's record in this appeal and specifically requested inclusion of copies of all exhibits moved into evidence. *See* Clerk's Record, pp. 62-63. After reviewing the copy of the reporter's record provided to Appellant L.C., Jr., and after counsel for L.C., Jr. conferred with the Clerk's Office of this Honorable Court, it appears that the court reporter provided

a listing and index of the exhibits moved into evidence, but no copies of the exhibits. *See* Reporter's Record, *in toto* and vol. 4.

2.	The trial court expressly noted in its rendition its reliance upon the exhibits moved into evidence as a basis for its judgment. *See* Reporter's Record, vol. 3, p. 184, line 21-p. 185, line 1. Appellant L.C., Jr. would suggest that these exhibits are thus presumptively necessary to the resolution of this appeal. *See* TEX. R. APP. P. 34.6(f)(3).

3.	Therefore, Appellant L.C., Jr. requests this Honorable Court to enter appropriate orders and/or direct the court reporter to supplement the appellate record with true and correct copies of the exhibits moved into evidence at trial. Pending such supplementation, Appellant L.C., Jr. requests this Honorable Court to abate the appellate proceedings until such time as the court reporter complies, and then upon the filing of said exhibit copies, recalculate the due dates for the appellate briefs.

4.	Alternatively, and failing the aforementioned reporter's record supplementation of the exhibit copies, Appellant L.C., Jr. requests this Honorable Court to remand the case to the trial court for a new trial. *See* TEX. R. APP. P. 34.6(f).

## PRAYER

For the reasons stated above, Appellant L.C., Jr. requests this Honorable Court to grant the foregoing relief requested or such further or other relief as this Honorable Court deems appropriate at law or in equity.

Respectfully submitted,

By:

Mr. Terry "Ty" Wesley Baker
Texas Bar No. 24036174
**BAKER LAW OFFICE**
6775 State Highway 123 North
P.O. Box 33, Geronimo, Texas  78115
Tel/Fax (830)401-4565
twb@baker-law.net
Attorney for Appellant, L.C., Jr.

## CERTIFICATE OF CONFERENCE

I certify that I made a good faith effort to confer with all counsel of record on May 16 and May 19, 2015, via email communication, and only one party has responded, said party indicating neither opposition nor agreement to the foregoing *APPELLANT L.C., JR.'S MOTION TO ABATE, RECALCULATE DUE DATES, AND/OR REMAND.*

Mr. Terry "Ty" Wesley Baker

## CERTIFICATE OF SERVICE

I certify that on May 20, 2015, a true and correct copy of the foregoing *APPELLANT L.C., JR.'S MOTION TO ABATE, RECALCULATE DUE DATES, AND/OR REMAND* was served to each person listed below by the method indicated and pursuant to the TEXAS RULES OF CIVIL PROCEDURE.

Mr. Terry "Ty" Wesley Baker

Mr. Jerry Reyes
Attorney for Appellee/Texas Department of Family and Protective Services
*via e-service to*: Jerry.Reyes@dfps.state.tx.us

Mr. Gerald Anthony Uretsky
Attorney for D.D.B., Appellant/Respondent Mother
*via e-service to*: uretsky@msn.com

Ms. Lisa D. Duke
Attorney for D.B., Appellant/Intervenor
*via e-service to*: lisadukelaw@hotmail.com

Ms. Amanda Flewellen
Attorney *ad litem* for Subject Children
*via e-service to*: af@cookefirm.com

Ms. Trisha Morales-Padia
Attorney for G.F., Respondent Father
*via e-service to*: padia.trisha@gmail.com